C. A. 5th Cir. Certiorari denied.

No. 04–6358. HENTON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–6362. TAVERA-PEREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–6363. YEKIMOFF v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04–6371. FARRIS v. SUTER, CLERK, SUPREME COURT OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 04–6379. LIMAS-HIDROGO v. UNITED STATES (Reported below: 101 Fed. Appx. 516); MENDEZ-LEMOS v. UNITED STATES (101 Fed. Appx. 466); GALLEGOS-FLORES, AKA GUTIERREZ-CABRERA v. UNITED STATES (101 Fed. Appx. 513); HERNANDEZ-ESTALA v. UNITED STATES (101 Fed. Appx. 458); MEJIA-CARDENAS v. UNITED STATES (101 Fed. Appx. 511); SALDANA-SILVA v. UNITED STATES (101 Fed. Appx. 451); RODRIGUEZ-FLORES, AKA MILLAN-FLORES v. UNITED STATES (101 Fed. Appx. 541); MARTINEZ-RIOS v. UNITED STATES (101 Fed. Appx. 520); OCHOA-CORNEJO v. UNITED STATES (101 Fed. Appx. 496); BLAS-LOPEZ v. UNITED STATES; BENAVIDES-DAVILA v. UNITED STATES; HERNANDEZ-PUGA v. UNITED STATES (101 Fed. Appx. 463); SOLIS-LUNA, AKA REYNA v. UNITED STATES (101 Fed. Appx. 489); BRISENO-LEMOS v. UNITED STATES; RIOS-MARTINEZ v. UNITED STATES; SANCHEZ-RODRIGUEZ, AKA LOPEZ-RODRIGUEZ v. UNITED STATES (101 Fed. Appx. 491); SANCHEZ-LOREDO v. UNITED STATES (101 Fed. Appx. 551); RECIO-ROSAS, AKA RODRIGUEZ-GONZALEZ v. UNITED STATES (101 Fed. Appx. 490); and FLORES-JULIAN v. UNITED STATES (101 Fed. Appx. 500). C. A. 5th Cir. Certiorari denied.

No. 04–6382. COFIELD v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 04–6384. MARTINEZ-HUITRON v. UNITED STATES; MARTINEZ-SANCHEZ v. UNITED STATES; MIRELES-TORRES v. UNITED STATES; ORDUNA-OCHOA v. UNITED STATES; OSORIO DE